# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL MACHINERY AND EQUIPMENT COMPANY D.B.A. FEDERAL EQUIPMENT COMPANY, | ) CASE NO. 1:21-CV-01422 ) ) ) JUDGE CHARLES E. FLEMING ) |
| Plaintiff, | ) MAGISTRATE JUDGE ) JONATHAN D. GREENBERG ) |
| vs. | ) **SPECIAL MASTER'S ORDER** ) **GRANTING UNOPPOSED MOTION** |
| MICHAEL TOUSEY, et al., | ) **TO EXTEND DEADLINE OF** ) **FORENSIC EXPERT REPORT** |
| Defendants. | ) |

Plaintiff's Unopposed Motion to extend the deadlines for exchanging forensic expert reports (ECF No. 226) is GRANTED. Plaintiff's Expert Report deadline is extended to February 6, 2024. Defendants' responsive Expert Reports deadline is extended to March 11, 2024.

Respectfully submitted,

*/s/ Marisa T. Darden*

MARISA T. DARDEN (0074258)
**BENESCH, FRIEDLANDER, COPLAN
 ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  mdarden@beneschlaw.com

*Special Master*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation to the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Marisa T. Darden
Marisa T. Darden

*Special Master*